✇AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **TENNESSEE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>FARHAD FOROUTAN-NAINI | **CRIMINAL COMPLAINT**<br><br>Case Number: 06 mj 237 |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **4/19/2006** (Date) in **SHELBY** County, in the **WESTERN** District of **TENNESSEE** defendant(s) did,

*(Track Statutory Language of Offense)*

**INTERFERE WITH A FLIGHT CREW MEMBER**

in violation of Title **49** United States Code, Section(s) **46504**.

I further state that I am a(n) **Federal Agent** (Official Title) and that this complaint is based on the following facts:

See attachment.

Continued on the attached sheet and made a part of this complaint: ☑ Yes  ☐ No

_____
Signature of Complainant

_____
Printed Name of Complainant

Sworn to before me and signed in my presence,

**4/20/2006** at 2:10 pm     at **MEMPHIS,** **TN**
Date

**JAMES H. ALLEN**          **U.S. Magistrate**          s/ James H. Allen
Name of Judge                Title of Judge               Signature of Judge

WESTERN DISTRICT OF TENNESSEE

MEMPHIS, TENNESSEE

AFFIDAVIT

My name is John W. Almeida. I am a federal agent with the Federal Air Marshal Service and I have been so employed for approximately four (4) years. I have more than eighteen (18) years of experience as a law enforcement officer, including two (2) years with the Drug Enforcement Administration's Drug Task Force. Most recently I have been assigned to the Federal Bureau of Investigation's Joint Terrorism Task Force at Memphis, Tennessee, which is responsible for responding to all violations of federal law at the Memphis International Airport.

The information contained in this Affidavit is based on personal investigation and on information provided to me by witnesses and other law enforcement officers and agents.

On April 19, 2006, Farhad Foroutan-Naini was a paying passenger on Delta Airlines, flight number 1163, from San Jose, California, to Atlanta, Georgia.

Flight crew and passengers have indicated that Farhad Foroutan-Naini appeared intoxicated during the flight. Fouroutan-Naini was verbally abusive, yelling obscenities, and acting irrational with passengers and flight crew. When the flight crew attempted to speak with Fouroutan-Naini, he became confrontational and irrational in a manner that the flight crew felt threatened. The flight crew feared the situation could escalate into a physical confrontation, and after apprizing of such, the captain decided to land the aircraft at the Memphis International Airport, requested law enforcement assistance.

Delta Airlines Flight 1163 originated in San Jose, California, and was destined to land in Atlanta, Georgia. The aircraft is owned and operated by Delta Airlines for the purpose of operating commercial passenger traffic.

Executed this 20th day of April, 2006 at Memphis, Tennessee.

John W. Almeida, Federal Agent
Federal Bureau of Investigation
JTTF
Memphis, Tennessee

SUBSCRIBED TO AND SWORN BEFORE
ME THIS 20th DAY OF APRIL, 2006. at 2 pm

s/ James H. Allen

JAMES H. ALLEN
UNITED STATES MAGISTRATE JUDGE